# BLANK ROME LLP
### COUNSELORS AT LAW

Phone:　(215) 569-5646
Fax:　(215) 832-5646
Email:　Cumisky-im@blankrome.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/11
```

August 10, 2011

**BY FACSIMILE (212) 805-7986**

The Honorable Paul G. Gardephe
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

SO ORDERED:
*/s/ Paul G. Gardephe/*
Paul G. Gardephe, U.S.D.J.
Dated: Aug. 16, 2011

　　　　Re:　United States of America v. Richard Werdiger
　　　　　　　Case No. 1:10-cr-00325

Dear Judge Gardephe:

　　　　We are writing in connection with the sentencing hearing in this matter which is currently scheduled for September 22, 2011. We are requesting a brief continuance of sentencing because the undersigned has been invited to speak at a professional conference in Las Vegas which conflicts with the current sentencing date. Assistant United States Attorney Daniel Levy has no objection to this request for a continuance. The undersigned has spoken to your law clerk about this matter, and has been advised that the Court is first available on October 13, 2011, at 2 p.m. We therefore request that the sentencing be continued until October 13.

　　　　After conferring with your law clerk about this continuance request, we discussed with AUSA Levy the schedule for submission of sentencing memoranda. The parties jointly request that the briefing schedule be adjusted as follows:

| | |
|---|---|
| Defendant's sentencing memorandum | September 15, 2011 |
| Government's sentencing memorandum | September 29, 2011 |
| Defendant's reply memorandum | October 6, 2011 |



**BLANK ROME LLP**
COUNSELORS AT LAW

The Honorable Paul G. Gardephe
August 10, 2011
Page 2

Thank you for your consideration of this request.

Respectfully submitted,

Ian M. Comisky

IMC:emf
cc:   Daniel W. Levy, AUSA (via email)
      U.S. Probation Officer Susan Matthews (via email)