USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– v.–

RICHARD WERDIGER,

Defendant.

10 Cr. 325 (PGG)

ORDER

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing originally scheduled for November 1, 2011 is rescheduled for November 9, 2011 at 3:30 p.m. in Courtroom 6B of the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       November 1, 2011

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge